**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**GERALDINE BILLUPS**

                    Plaintiff,

VERSUS

**EXACTECH, INC.**

                 Defendants.

**Civil Action No.: 2:22-cv-01410**

**Judge: Sarah S. Vance**

**Magistrate Judge: Michael North**

<u>**PLAINTIFF'S EXPARTE MOTION TO AMEND COMPLAINT**</u>

      NOW INTO COURT, through undersigned counsel comes plaintiff, Geraldine Billups, who moves this Honorable Court as follows:

1.      Counsel for plaintiff inadvertently failed to attach Exhibit 1 referred to in Paragraph 18 of plaintiff's original Complaint.

2.      Plaintiff's Complaint has only recently been filed and there has been no appearance on behalf of defendant, Exactech, Inc.

      Accordingly, for these reasons, the plaintiff requests an Order permitting her to attach Exhibit 1 to her original Complaint.

                          Respectfully submitted,

Dated: <u>May 23, 2022</u>

                          <u>/s/ M. H. Gertler</u>       
                          M. H. GERTLER #6036
                          LOUIS L. GERTLER #23091
                          HELEN H. BABIN #22730
                          GERTLER LAW FIRM, LLP
                          935 Gravier Street, Suite 1900
                          New Orleans, LA 70112
                          Phone: (504) 581-6411
                          Fax: (504) 581-6568
                          *Counsel for Geraldine Billups*