March 17, 2022

Dear Geraldine Billups,

Enclosed you will find a patient notice provided to Ochsner Health on February 7, 2022, regarding Exactech knee replacement devices. Ochsner was advised to provide this notice as a letter from your provider to advise you of a **recall** and is in its original format, but for clarity on your next steps we advise you to follow the instructions below.

In response to this recall, Ochsner Health has identified all patients who received this device and developed a communication plan to share important information.

This letter is to advise you that we have confirmed you are a patient who received the referenced device and that we are monitoring your clinical care accordingly. Here at Ochsner, we want to ensure you have the necessary information about next steps and that we address any concerns you might have.

Your safety and well-being are our highest priority. The use of this device **does not expose you to any serious health risk**. You may experience premature wear of the device components that could possibly require revision surgery sooner than usually expected.

We are not recommending you return for a visit to the Department of Orthopedics at this time, but **we are recommending an x-ray** of the affected area to ensure that your components are intact. In most cases, your implant can and should remain in place. A follow up appointment and revision surgery will be recommended **if indicated based on the examination of your x-ray, medical records, and symptoms**.

In the event you do need to make an appointment, or schedule surgery, the enclosed document, prepared by Exactech, provides additional direction on how Exactech will assist you in moving forward. Although we believe the likelihood of a revision surgery is low, it is important that you get an x-ray to be evaluated.

We understand the importance of remaining available to you to respond to any questions that may arise. Rest assured that we will continue to communicate with you in an open and timely manner to ensure you continue to receive the safe and high-quality care you expect from Ochsner Health.

**Please call us to make an appointment for your x-ray at 504-842-3970.**

George F. Chimento, MD
System Chair, Orthopedic Surgery
Ochsner Health



EXHIBIT 1

## *Important patient notice regarding Exactech knee replacement devices*

February 7, 2022

Dear valued patient,

Because the safety and health of our patients is our top priority, we are writing to inform you that between the years of 2004 and 2022, you received a specific type of total knee replacement that was manufactured by the orthopedic device company, Exactech, Inc, headquartered in Gainesville, Florida, USA.

Exactech, Inc. has recently implemented a recall of one component and insert of the knee replacement device that you received and is communicating with surgeons and patients who have utilized this knee replacement model.

### Explanation of the recall:

As shown in the diagram below, a standard knee replacement has four parts:

1. The femoral component (this is the metal piece that attaches to your thigh bone, also known as your "femur")
2. The tibial tray (this is the metal piece that fits into your shin bone, also known as your "tibia")
3. The patellar component (this is the piece of plastic that fits onto your kneecap, also known as the patella)
4. The tibial polyethylene (plastic) insert (this is the plastic that fits between the femoral component and tibial component and acts as the new cushion or cartilage for your replaced knee joint)

During a recent review of its knee implant manufacturing process, Exactech learned that one of the packaging layers for the plastic insert has been out of specification and may allow oxygen from the air to diffuse into the plastic insert prior to it being implanted in your knee. If a large amount of oxygen diffuses into the plastic insert while it's being stored and before it is implanted, this can lead to a process called oxidation, which can cause the plastic to wear out earlier than expected or to become damaged after it is implanted into the patient's body.



Exactech has found that the tibial plastic insert in the out of specification bag can wear out earlier than expected in some patients. Premature wear of the plastic insert of your knee replacement can lead to the need for additional surgery (also known as revision surgery). In those cases where the plastic has worn out earlier than expected or has been damaged, we will evaluate your knee replacement and decide whether additional treatment is needed. Determination of whether the plastic is worn is accomplished by examining your knee in the office and obtaining x-rays. After this evaluation is complete, we will decide if additional treatment, including revision surgery, is necessary.

### What we are asking you to do:

If you are receiving this letter, we may contact you in the near future to return to our clinic for a checkup. We will examine your medical records and determine whether or not you need to be seen. Additionally, in advance of hearing from us, if you have been experiencing any new or worsening knee swelling, pain while walking, inability to bear weight, grinding or other noise, instability, or any new symptoms of clicking in your knee, please call our office to schedule an evaluation. At this time, if your knee is functioning well and you have no pain and no symptoms, revision surgery is not recommended.

Exactech, Inc., as the manufacturer of the implant, is assisting us in ensuring that patients are contacted and followed up. Exactech is also assisting patients with certain out-of-pocket costs related to clinical follow-up and any additional surgery that may be necessary.

After we have examined your knee, Exactech and their medical reimbursement consultants, in collaboration with our office billing department, will contact you to arrange for appropriate remuneration for associated expenses.

### What if I have more questions?

Exactech will provide a Frequently Asked Questions document where you can find answers to some common questions, and a searchable tool on Exactech website. The searchable tool will empower a patient to enter her/his implant serial number and check whether or not that implanted device is non-conforming. Exactech is committed to patient safety and to