# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALDINE BILLUPS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1410** |
| **EXACTECH, INC.** | **SECTION "R" (5)** |

## ORDER

This case has been identified as a possible tag-along action, and the United States Judicial Panel on Multidistrict Litigation will make a determination concerning whether this case should be transferred to the Multidistrict Litigation Panel. The Court has determined that the interests of efficiency and consistency of results require the Court to stay the proceedings pending a decision by the Multidistrict Litigation Panel regarding a transfer.

Accordingly,

IT IS ORDERED that all proceedings in this case are hereby stayed pending the decision of the Multidistrict Litigation Panel regarding transfer.

**New Orleans, Louisiana, this 11th day of August, 2022.**

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**